NUMBER 13-99-322-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


DENNIS GARZA
, Appellant,


v.



THE STATE OF TEXAS (ATTORNEY GENERAL)
, Appellee.

___________________________________________________________________


On appeal from the 197th District Court


of Cameron County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Yañez

Opinion by Chief Justice Seerden




 This is an appeal from the trial court's order in a suit affecting the
parent child relationship, by which Dennis Garza, appellant, was: (1)
found to be the father of two minor children; (2) ordered to pay child
support; and (3) ordered incarcerated for his failure to pay arrearages on
pre-existing child support obligations. By four issues, appellant
contends that: (1) there was a conspiracy amongst the trial court, the
attorney general, and his appointed attorney; (2) he was denied
effective assistance of counsel; (3) false statements were made in the
trial court regarding his child support payments; and (4) the trial court
"abused its discretion by failing to take judicial notice of the facts."

 The record on appeal does not contain a reporter's record. Despite
assertions in his brief to the contrary, there is no evidence in the clerk's
record that appellant has requested any part of the reporter's record be
prepared. Because all of the issues presented by appellant are
substantive in their nature, the lack of a reporter's record compels this
court to assume that the trial court's actions were proper. See Tex. R.
App. P. 34.6 (b)(1); Simon v. York Crane & Rigging Co., Inc., 739 S.W.2d
793, 795 (Tex. 1987); see also American Paging of Texas, Inc. v. El
Paso Paging, Inc., 9 S.W.3d 237, 240 (Tex. App.--El Paso 1999, pet.
denied) (court of appeals will assume evidence is sufficient to support
trial court's judgment in absence of reporter's record); In re Chambers,
5 S.W.3d 341, 343 (Tex. App.--Texarkana 1999, no pet.) (court of
appeals will assume trial court acted within the limits of its discretion
in absence of reporter's record); McFarland v. State, 845 S.W.2d 824,
843 (Tex. Crim. App. 1992) (court of appeals will assume that
appointed counsel's representation did not amount to ineffective
assistance in absence of reporter's record). Accordingly, we overrule all
of appellant's issues and AFFIRM the trial court's order. 




 

 ROBERT J. SEERDEN, Chief Justice


Do not publish
.

Tex. R. App. P. 47.3.


Opinion delivered and filed

this 17th day of August, 2000.